IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV400-STROM
(3:01CR79-STROM)[1]


| | | |
|---|---|---|
| KEITH A. ELSESSER, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** comes before the Court on a "Motion [T]o Repre-
sent [T]he Petitioner <u>Pro Hac Vice</u>," filed by attorney David L.
Doughten on July 26, 2005.

The record of this matter reflects that the petitioner has
filed a Motion to Vacate under 28 U.S.C. §2255. By the instant
Motion, Mr. Doughten is seeking permission under Local Rule 83.1
to appear before this Court for the limited purpose of represent-
ing the petitioner in his collateral proceedings.

In support of the subject Motion, Mr. Doughten represents to
this Court, <u>inter alia</u>, that he is a member in good standing of
the Ohio Bar; that he has been admitted to practice in two
federal districts in Ohio, and one federal District in Michigan;

_____

[1]This matter originally was assigned to the Honorable Richard L.
Voorhees, United States District Judge, for trial. However, the Honorable
Lyle E. Strom, Senior United States District Judge actually sat by
designation, tried this case and entered the final Judgment to which the
petitioner's Motion to Vacate relates. Although the undersigned was asked to
address the instant <u>Pro Hac Vice</u> Motion, Senior Judge Strom shall resolve the
petitioner's Motion to Vacate.

that he has been admitted to practice in the Sixth Circuit Court of Appeals; and that he has been admitted to practice before the United States Supreme Court.  Furthermore, counsel asserts that he is trained in the federal court's electronic filing system. The Court also notes that Mr. Doughten has paid the applicable admission fee.

Accordingly, based upon the foregoing matters, and for good cause shown, Mr. Doughten's Motion for admission pro hac vice shall be **GRANTED**.

**SO ORDERED.**

Signed: September 22, 2005

Richard L. Voorhees
United States District Judge